COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Humphreys, O'Brien and Senior Judge Bumgardner


TIER 1, L.L.C. AND
  TECHNOLOGY INSURANCE COMPANY

MEMORANDUM OPINION[*]
v.      Record No. 1568-15-2                                          PER CURIAM
                                                                     FEBRUARY 2, 2016
DAVID ALBERTO SANDRES-SANCHEZ


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(S. Vernon Priddy III; Stephen A. Marshall; Two Rivers Law Group,
P.C., on brief), for appellants.

(Bryan G. Bosta; Becker, Kellogg & Berry, P.C., on brief), for
appellee.


Tier 1, L.L.C. and Technology Insurance Company (appellants) appeal a decision of the

Workers' Compensation Commission. Appellants allege the Commission erred in finding the

evidence sufficient to prove that David Alberto Sandres-Sanchez was an employee of Tier 1,

rather than an independent contractor, when he sustained an injury by accident arising out of his

employment. We have reviewed the record and the Commission's opinion and find that this

appeal is without merit. Accordingly, we affirm for the reasons stated by the Commission in its

opinion. See Sandres-Sanchez v. Tier 1, L.L.C., VWC File VA02000017292 (Sept. 1, 2015).

We dispense with oral argument and summarily affirm because the facts and legal contentions

are adequately presented in the materials before the Court and argument would not aid the

decisional process. See Code § 17.1-403; Rule 5A:27.

                                                                                    Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.